# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>**FIDEL NARANJO**<br>Year of Birth: 1988<br>SSAN: XXX-XX-8306<br><br>*Defendant(s)* | )<br>)<br>) Case No. 15mj 4180<br>)<br>)<br>)<br>) |

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
15 DEC -3 AM 9:56
CLERK-ALBUQUERQUE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 2, 2015** in the county of **Rio Arriba** in the
_____ District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 2113 | Bank Robbery |
| Title 18 U.S.C. 2 | Aiding and Abetting |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Russell S. Romero, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **12/03/2015**

_____
Judge's signature

City and state: **Albuquerque, New Mexico**

~~Steven C. Yarbrough~~, US Magistrate Judge
*Printed name and title*

**KAREN B. MOLZEN
U.S. MAGISTRATE JUDGE**

In the United States District Court

District of New Mexico

| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| FIDEL NARANJO | ) |
| Year of Birth 1988 | ) |
| SSAN: XXX-XX-8306 | ) |
| KENDRA BROPHY | ) |
| Year of Birth 1986 | ) |
| SSAN: XXX-XX-8102 | ) |

AFFIDAVIT

I, the undersigned, being duly sworn, hereby depose and state as follows:

1. I, Russell Romero, am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so employed for over eight years. I am currently assigned to the Albuquerque Field Office to investigate violations of Federal law, Including Title 18, United States Code, Section 2113, Bank Robbery, and Title 18, United States Code, Section 2, Aiding and Abetting. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers.

2. On 12/02/2015, at approximately 1:20pm, the New Mexico Bank and Trust (NMBT), located at 411 Carr Lane, Espanola, New Mexico, 87532, was robbed by an individual using intimidation and force. This individual threatened to shoot the victim teller unless she gave him the money he demanded. The NMBT is a federally insured institution. A loss of $3475.10 was sustained.

3. The aforementioned robbery was conducted by an Unknown Male (UM) individual described as having a medium build, approximately 5'8" tall, wearing camouflage pants, and black mask covering his face.

4. During the robbery, the UM screamed at the victim teller, S.A., telling her, "Hurry up fucking bitch, give me all the money! Large bills! Hurry up or I'll shoot you! I have a gun!" No weapon was displayed.

5. Just prior to the robbery, two witnesses, A.R. and D.M., saw a red "Blazer" SUV driving around in the area. The "Blazer" had a broken window that had been covered in plastic on the rear driver's side of the vehicle, near the spare tire. A.R. and D.M. also stated that the "Blazer" was very loud and must have had a broken muffler.

6. When the UM left the bank, A.R. and D.M., saw him run across an empty lot to the west of the NMBT, jump a fence behind a residence, and enter the red "Blazer" SUV. A.R. and D.M. both stated that the individual was wearing a camouflage outfit and was carrying a bag. They estimated the UM's age to be between 20 and 30 years old.

7. The vehicle was then seen going behind Rue 21, which is southwest of the NMBT. The vehicle went towards the Wal-Mart parking lot, and then exited the area by turning right onto Riverside Drive in Espanola. The vehicle was not being driven erratically, and the driver, who D.R. and A.M. could see was a female, stopped at the stoplight before turning onto Riverside drive.

8. When the dispatch provided the description of the subject vehicle to local law enforcement, Officer Chris Beavers of the New Mexico State Police, recognized the vehicle as one that he had recently pulled over. Officer Beavers and other local law enforcement later located a red, Isuzu SUV at the residence of J.P. in Hernandez, New Mexico. The SUV had a broken rear window on the driver's side near the spare tire that was covered in plastic.

9. The SUV, NM license NGH 271, is registered to Fidel Naranjo and Kendra Brophy.

10. When law enforcement made contact with J.P., he stated that "Fidel," later identified as Fidel Naranjo, and his girlfriend, later identified as Kendra Brophy, drove up to the his house. J.P. stated he recognized the vehicle by the sound of the muffler even before he saw Naranjo and Brophy.

11. Naranjo and Brophy asked J.P. if they could use his restroom. While they were in there, J.P. saw them counting a large amount of money. J.P. asked where the money had come from, and Naranjo stated that they had just "hit a bank." At that point, J.P. asked Naranjo if he was "stupid" because now he was going to have a bunch of "Feds" and "Marshals" looking for him.

12. Shortly thereafter, the police arrived at J.P.'s residence. Naranjo left the residence through the kitchen window and fled on foot, while Brophy went upstairs.

13. J.P. provided consent to police to search his residence. During the search, New Mexico State Police found $2775 in US Currency hidden in the bathroom that J.P. had seen Naranjo and Brophy counting money in.

14. While at the residence, New Mexico State Police Agent Jessie Whittaker overheard Brophy say that she was the "getaway driver."

15. Brophy was detained and transported to the NMSP office in Espanola, New Mexico. While there, she was interviewed by Federal Bureau of Investigation Special Agents Samuel Hartman and Russell Romero.

16. During the interview, Brophy stated that she had dropped her boyfriend, Fidel Naranjo, off near the WalMart, which is in the same vicinity of the NMBT, and that he had instructed her to pick him up at the trailer park located to the west of the bank. Brophy stated that Naranjo told her that he was going to meet a friend, and believed that he was

going to get some heroin for them.

17. Based on the above, your affiant believes probable cause exists that Fidel Naranjo, with the assistance of Kendra Brophy, did, by force and violence, or by intimidation, took money from the New Mexico Bank and Trust, 411 Carr Lane, Espanola, New Mexico, on December 2, 2015, in violation of 18 U.S.C. Section 2113 and 18 U.S.C. Section 2.

I swear that this information is true and correct to the best of my knowledge and belief.

Respectfully submitted,

_____
Russell S. Romero
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 3rd day of December, 2015.

_____
Honorable ~~Steven C. Yarbrough~~
United States Magistrate Judge

**KAREN B. MOLZEN
U.S. MAGISTRATE JUDGE**

4