FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 17 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-4519 MCA |
| vs. | ) 18 U.S.C. § 2113(a): Bank Robbery; 18 U.S.C. § 2: Aiding and Abetting. |
| **FIDEL NARANJO** and **KENDRA BROPHY**, | ) |
| Defendants. | ) |

## INDICTMENT

The Grand Jury charges:

On or about December 2, 2015, in Rio Arriba County, in the District of New Mexico, the defendants, **FIDEL NARANJO** and **KENDRA BROPHY**, by force, violence, and intimidation, did take from the person and presence of another a sum of money belonging to and in the care, custody, control, management and possession of New Mexico Bank and Trust, located at 411 Carr Lane, Española, New Mexico, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a), and 18 U.S.C. § 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

KAB 12/09/15 12:46PM