# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO
### ALBUQUERQUE

Before the Honorable Karen B.Molzen

United States Magistrate Judge

Clerk's Minutes | Arraignment

| | |
|---|---|
| Date: | 12/28/2015 |
| Case Number: | 15cr4519-001 MCA |

| | | | | |
|---|---|---|---|---|
| Case Title: USA v. | Fidel Naranjo | Liberty: | Gila @ | 9:49 |

| | | | |
|---|---|---|---|
| Courtroom Clerk: | E. Hernandez | Total Time: | 1 minute |

| | | | | |
|---|---|---|---|---|
| Probation/Pretrial: | A. Selph | Interpreter: | n/a | |

**ATTORNEYS PRESENT:**

| Plaintiff: | Norman Cairns | Defendant: | Andras Szantho |
|---|---|---|---|

**PROCEEDINGS:**

| | |
|---|---|
| ☐ | First Appearance of Defendant |
| ☒ | Defendant received a copy of the Indictment |
| ☒ | Defendant questioned re: time to consult with attorney regarding the penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant is ready to enter a plea |
| ☒ | Defendant enters a plea of NOT GUILTY to all counts |
| ☒ | Motions due by: 1/18/2016 |
| ☒ | Discovery Order electronically filed |
| ☒ | Case assigned to: Chief Judge Armijo |
| ☒ | Trial set on trailing docket: TO BE NOTIFIED |
| ☒ | Defendant remanded to custody of the United States Marshal's Service |
| ☐ | Other: |