IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.  No. 15-cr-4519 MCA

KENDRA BROPHY,

Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE (DOC. 29)

THIS MATTER having come before the Court upon Defendant Kendra Brophy's Unopposed Motion to Modify Conditions of Release (Doc. 29),

The Court having reviewed said Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be GRANTED;

IT IS THEREFORE ORDERED,

That the Order Setting Conditions of Release filed December 18, 2015 (Doc. 13) is modified as follows:

The Defendant is released from the custody of La Pasada Halfway House and is placed in the custody of Dolores Benavidez.

The Defendant may travel to Sandoval County in addition to Bernalillo County. Travel is restricted to those counties unless prior approval by the Supervising Officer is obtained.

The Defendant must abide by all other conditions set forth in the December 18, 2015, Order Setting Conditions of Release (Doc. 13).

IT IS SO ORDERED.

*Steve Yarbrough*
_____
UNITED STATES MAGISTRATE JUDGE