IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cr. No. 15-4519 MCA |
| vs. | 18 U.S.C. § 4: Misprision of Felony. |
| **KENDRA BROPHY**, | |
| Defendant. | |

# INFORMATION

The United States Attorney charges:

On or about December 2, 2015, in Rio Arriba County, in the District of New Mexico, the defendant, **KENDRA BROPHY**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, bank robbery, contrary to 18 U.S.C. § 2113, did conceal the same by concealing the identity of the bank robber and the cash obtained during the robbery, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

In violation of 18 U.S.C. § 4.

Respectfully Submitted

DAMON P. MARTINEZ
United States Attorney

*[signature]*

EDWARD HAN
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 346-7274