FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 0 6 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    No. 15-cr-4519 MCA

KENDRA BROPHY,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE (DOC. 41)

THIS MATTER having come before the Court upon Defendant Kendra Brophy's Unopposed Motion to Modify Conditions of Release (Doc. 41),

The Court having reviewed said Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be GRANTED;

IT IS THEREFORE ORDERED,

That the Order Setting Conditions of Release filed December 18, 2015 (Doc. 13) is modified as follows:

The requirement that Defendant avoid contact with her co-defendant is removed. The Defendant may have contact with her co-defendant, Fidel Naranjo.

The Defendant must abide by all other conditions set forth in the December 18, 2015, Order Setting Conditions of Release (Doc. 13), as previously modified (Doc. 30).

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE