# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 15-4519MCA | USA vs.: NARANJO ET AL |
| Date: 8/16/16 | Name of Deft: FIDEL NARANJO |

Before the Honorable   Judge ROBERT JUNELL

| | | | |
|---|---|---|---|
| Time In/Out: | 2:35pm-2:44pm | Total Time in Court (for JS10): | 9 minutes |
| Clerk: | C. Bevel | Court Reporter: | J. Goehl |
| AUSA: | Eva Fontanez | Defendant's Counsel: | Andras Szantho |
| Sentencing in: | Albuquerque | Interpreter: | N/A |
| Probation Officer: | Wade Miller | Interpreter Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | Verdict | As to: | Information | **X** Indictment | | |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | **X** Accepted | Not Accepted | No Plea Agreement | Comments: | | | |
| Date of Plea/Verdict: | 4/25/16 | PSR: | **X** Not Disputed | Disputed | **X** Courts adopts PSR Findings | | |
| Evidentiary Hrg: | **X** Not Needed | Needed | Exceptions to PSR: | | | | |

### SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | 40 months |
| Supervised Release: 3 years | Probation: |
| REC  **X**  500-Hour Drug Program | BOP Sex Offender Program   Other: |
| ICE   Court recommends ICE begin removal proceedings immediately or during of service of sentence | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for   months   days |
| | Comply with ICE laws and regulation | | Community service for   months   days |
| **X** | Participate in/successfully complete subst abuse program/testing | | Reside halfway house   months   days |
| **X** | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | Refrain from use and possession of synthetic cannabinoids, etc. | | No loitering within 100 feet of school yards |
| **X** | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | **X** | Participate in an educational or vocational program approved by the Probation Officer—must obtain GED |
| **X** | OTHER: Must participate in parenting skills training  Workforce development program; cannot go into bank that was held up during term of supervised release.  Within 60 days of release must establish an account to pay child support | | |

| | | | |
|---|---|---|---|
| Fine: $ 0 | | Restitution: $ | 700.00  Jointly and severally with co-defendant  $50 per month or 10% of monthly income |
| SPA: $ 100.00 | | Payment Schedule: | **X** Due Immediately   Waived |

OTHER:

| | | |
|---|---|---|
| **X** | Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | FCI, Black Canyon, Arizona |

| | |
|---|---|
| | Dismissed Counts: |

OTHER COMMENTS:    Defendant addresses Court